## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETE KASICH, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE SCOTTS MIRACLE-GRO COMPANY, INC., and THE SCOTTS COMPANY, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 18-1373-JFC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER DISMISSING ACTION WITH PREJUDICE

Plaintiff Pete Kasich and Defendants The Scotts Miracle-Gro Company, Inc., and the Scotts Company, LLC ("Scotts") have stipulated to the dismissal of this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Having considered this stipulation, it is hereby:

ORDERED that this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class.

So ORDERED this   8th   day of   February  , 2019

/s/ Joy Flower Conti
The Honorable Joy Flowers Conti
Senior United States District Judge